# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRICE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11974** |
| **(WARDEN) SANDY MCCAIN** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation filed by the plaintiff on March 2, 2020 (Rec. Doc. No. 15), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Demetrice Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 30th day of _____March_____, 2020.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**